Lowenstein Sandler

**Matthew M. Oliver**
Partner

One Lowenstein Drive
Roseland, New Jersey 07068

T: (973) 597-2318
F: (973) 597-2319
M: (908) 337-3683
E: moliver@lowenstein.com

August 13, 2026

**VIA CM-ECF**

The Honorable Cari Fais
United States Magistrate Judge
United States District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

***Re: United States v. Abuelito Cheese, Inc., No. 2:26-mj-9064– Adjournment Request***

Dear Judge Fais:

This law firm represents Defendant Abuelito Cheese, Inc. in the above-captioned matter. The sentencing hearing in this matter is currently scheduled for October 15, 2026, at 10:00 a.m. On behalf of the Defendant, we respectfully request a brief adjournment due to a conflict in undersigned counsel's schedule. We are available to appear on any day of the following week (the week of October 19, 2026).

The government consents to the proposed adjournment.

This is the first request for adjournment made by either party. We thank the Court for its courtesy and consideration of this request.

Respectfully submitted,

__*s/ Matthew M. Oliver*___

Matthew M. Oliver, Esq.

cc: All Counsel of Record (via CM-ECF)